No. 93–7332.  BOYD *v.* CODY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 93–7334.  BURTCHELL *v.* TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 93–7335.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7338.  WAGES *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 93–7339.  WATERS *v.* TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–7340.  BOWMAN *v.* OKLAHOMA COUNTY ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–7341.  WALCOTT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7342.  WAGNER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7345.  CHARGOIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7349.  BROWN *v.* SHEFFIELD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–7350.  BORROMEO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7352.  DOYLE *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 93–7354.  BROWN *v.* MANUELIAN.  C. A. 4th Cir.  Certiorari denied.

No. 93–7357.  DIXON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–7358.  BURGER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–7360.  GUERRERO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.